**Judge SHERMAN, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 30629.**

Court of Criminal Appeals of Texas.

April 15, 1959.

No attorney on appeal, for appellant.

Dan Walton, Dist. Atty., Thomas D. White and Samuel H. Robertson, Jr., Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for possessing policy books, policy plays, and policy slips, with punishment assessed at a fine of $600, enhanced by reason of two prior convictions of like character.

In the absence of a statement of facts we are unable to appraise the contention that the state's testimony was based upon the opinion and conclusion of those persons referred to as expert witnesses.

The record in this case fails to reflect error.

The judgment is affirmed.